| **Return** | | |
|---|---|---|
| Case No.: <br> 19-SW-00134-MJW | Date and time warrant executed: <br> April 25, 2019 at 9:55am | Copy of warrant and inventory left with: <br> Left at business on desktop |
| Inventory made in the presence of : <br> TFIA Anita Guess and SA Jason Brushwood | | |
| Inventory of the property taken and name of any person(s) seized: <br> See attached inventory listing | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: April 25, 2019

*Executing officer's signature*

Aaron Howard, Special Agent
*Printed name and title*

# Inventory Listing of All Items Seized at Search Warrant Site

Investigation #: 1000294273
Location: 5534 Troost Ave, Kansas City, Missouri
Starting Date/Time: 4/25/19 - 9:55am
Ending Date/Time: 4/25/19 - 11:25am

| Control # | Evidence Description | Room | Location in Room |
|---|---|---|---|
| 1 | 2018 Client files for Tax Preparation | E | Filing cabinet |
| 2 | " | " | " |
| 3 | 1 of 2 Box - 2016 Tax returns | E | NW corner |
| 4 | 2 of 2 Box - 2016 Tax returns | E | NW corner |
| 5 | 2017 Tax returns 1 of 2 | " | " |
| 6 | 2 of 2 | E | NW corner |
| 7 | 2015 Tax returns | E | NW corner |
| 8 | Tax info for Albertha Reeves (including IDRS printout) | E | NW corner on table in bankers box |
| 9 | Taxslayer printouts from computer - Taxshyer website | B | Printed from desktop computer |
| 10 | 2017-2018 Tax returns/client files w/ receipts/court reps checks/prepaid cards | B | File cabinet |
| 11 | " | B | File cabinet |
| 12 | Post it notes/flyer | B | Desk |
| 13 | 2018 Returns/Expense Bills | B | Desk/file organizer |
| 14 | 2018 Returns/IRS Info/Expenses | B | Top of desk |
| 15 | Dell Inspiron All in One Computer Serial# 9L0TCY42 | B | Top of desk |
| 16 | HP Compact 8200 Serial# 2UA216045N | BC | Top of desk |